## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                Plaintiff,

    vs.

ALEXI RAFAEL PUENTE,

                Defendant.

**4:20CR3073**


**ORDER**

IT IS ORDERED:

1)     The motion of Chad Wythers to withdraw as counsel of record for Defendant, (Filing No. 17), is granted.

2)     Defendant's newly retained counsel, Tim Noerrlinger, shall promptly notify Defendant of the entry of this order.

3)     The clerk shall delete Chad Wythers from any future ECF notifications herein.

Dated this 22nd day of September, 2020.

                BY THE COURT:

                *s/ Cheryl R. Zwart*
                United States Magistrate Judge